

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2018

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief is due on July 19, 2018.  *See* TEX. R. APP. P. 38.6(a).  Before the due date, Appellant filed a first motion for a forty-five-day extension of time to file her brief until September 4, 2018.

Appellant's motion is GRANTED.  Appellant's brief is due on September 4, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court